ACCEPTED
14-15-00042-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 1:42:24 PM
CHRISTOPHER PRINE
CLERK

# Keith A. Gross

**Attorney at Law**

**250 Park Avenue**

**League City, Texas 77573**

---

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 1:42:24 PM
CHRISTOPHER A. PRINE
Clerk

November 19, 2015

via E-filing

Mr. Christopher A. Prine, Clerk

Fourteenth Court of Appeals

301 Fannin Street, Room 245

Houston, Texas 77002

Re:   No. 14-15-00042-CV; Benson Scott Wyly, Appellant v. Essex Insurance Company, U.S. Risk, Inc., and Integrity Insurance Solutions, Appellees; in the Fourteenth Court of Appeals

Dear Mr. Prine,

Please be advised that the undersigned attorney, Keith A. Gross, will present oral argument for Benson Scott Wyly, on the designated date and time of Thursday, December 3, 2015, at 1:30 p.m. in the South Courtroom at the 1910 Courthouse, 301 Fannin, Third Floor, Houston, Texas.

Thank you for your attention to this matter. Please give me a call if you have any questions or comments.

Sincerely,

*/s/ Keith A. Gross*

Keith A. Gross

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this letter has been forwarded to the individuals listed below on this, the 19th day of November, 2015, by the method(s) indicated.

Kevin G. Cain
cainn@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street
20th Floor
Houston, Texas 77002
League City, Texas 77573
(via e-file and facsimile 713-222-0101)
(counsel for defendant Essex Insurance Company and U. S. Risk, Inc.)

Jamie R. Carsey
jcarsey@thompsoncoe.com
Cyrus W. Haralson
charalson@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
(via e-file and facsimile 713-403-8299)
(counsel for appellees Essex Insurance Company and U.S. Risk, Inc.)

/s/ Keith A. Gross

Keith A. Gross

Office (832)932-5970          Fax (832)932-5688          Cell (281)701-5634